UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-9359-MWF(CWx)**                                Dated: **December 26, 2013**

Title:    James Skiffington et al -v- Keystone RV Company et al

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Julieta Lozano | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                            None Present

PROCEEDINGS (IN CHAMBERS):       COURT ORDER

In light of the Notice of Settlement filed December 23, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for February 24, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                         Initials of Deputy Clerk  jloz
CIVIL - GEN

-1-